# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL SINGER,<br><br>                     Plaintiff,<br>v.<br><br>SWAP FINANCIAL GROUP LLC,<br><br>                     Defendant. | Case No.: 22-CV-1165 W (DEB)<br><br>**ORDER CLOSING CASE FILE BASED ON PARTIES' STIPULATED DISMISSAL** |
| And Related Cross-Action. | |

      The parties have filed a joint stipulation for dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which allows parties to dismiss a case without a court order by filing "a stipulation of dismissal signed by all parties who have appeared." The stipulation is signed by counsel for all parties. Thus, this case is **DISMISSED** per the parties' stipulation. The clerk is **ORDERED** to close the district court case file.

      **IT IS SO ORDERED**.

Dated: November 1, 2022

_____
Hon. Thomas J. Whelan
United States District Judge